# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re:

Max & Edith Williamson
Debtors

CASE NO. 09-32130

CHAPTER 13

PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.

## OBJECTION TO CLAIM # 3 OF GREENTREE

COMES NOW the Debtors, by and through attorney, and hereby files an Objection to claim number 3 of GREENTREE, and as grounds for said Objection will state as follows:

1. Said proof of claim is a duplicate of claim number #2 which was filed by GREENTREE in the amount of $51,067.06, which included arrears in the amount of $639.98.

WHEREFORE, the premises considered, the Debtor objects to claim number 3 of GREENTREE and asks this Court to disallow this claim.

Respectfully submitted this 9 day of September, 2009.

/s/ Richard D. Shinbaum
Richard D. Shinbaum
Attorney for the Debtor

Of Counsel:

SHINBAUM, MCLEOD & CAMPBELL
P.O. Box 201
Montgomery, AL 36101
(334) 269-4440
(fax) 263-4096

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below on this the 9 day of September, 2009.

Hon. Curtis C. Reding
Trustee in Chapter 13
P.O. Box 173
Montgomery, AL 36101
(Electronic Mail)

Green Tree Servicing, LLC
P.O. Box 6154
Rapid City, SD 57709-6154

                                              /s/ Richard D. Shinbaum
                                              Richard D. Shinbaum